1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant GUTIERREZ CHAVEZ

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,          )
                                      )   No. CR 10-00850 CW (DMR)
12                 Plaintiff,         )
                                      )   STIPULATION AND ORDER
13       v.                           )   CONTINUING STATUS DATE
                                      )
14                                    )
                                      )
15 JAVIER GUTIERREZ-CHAVEZ,           )
                                      )
16                 Defendant.         )

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing for defendant Javier Gutierrez-Chavez, currently set for Wednesday, December 15, 2010 at 10:00 a.m. is vacated and continued to Thursday, December 16, 2010, at 9:30 a.m. for status. The reason for the continuance is that defense counsel is unavailable on Wednesday, December 15, 2010.

IT IS FURTHER STIPULATED that the time from Wednesday, December 15, 2010, to Thursday, December 16, 2010 shall be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel.

*U S v. Javier Gutierrez-Chavez,* CR 10-00850
CW (DMR); stip.continuing status date          - 1 -

1  DATED: 12/14/10                    ____/s/_____
2                                     JOYCE LEAVITT
                                      Attorney for Javier Gutierrez-Chavez
3
4  DATED: 12/14/10                    _____/s/_____
                                      TREVOR RUSIN
5                                     Special Assistant United States Attorney
6
7     I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.
8
## ORDER
9
10    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for

11 defendant Javier Gutierrez-Chavez, currently set for Wednesday, December 15, 2010 at 10:00 a.m. is

12 vacated and continued to Thursday, December 16, 2010, at 9:30 a.m. for status.

13    IT IS FURTHER ORDERED that the time from Wednesday, December 15, 2010, to Thursday,

14 December 16, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18

15 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel.

16 The Court finds that the ends of justice served by the granting of the continuance outweigh the best

17 interests of the public and the defendant in a speedy and public trial and the failure to grant the

18 requested continuance would unreasonably deny counsel the reasonable time necessary for effective

19 preparation, taking into account due diligence and continuity of counsel.

20    SO ORDERED.

21
22 DATED: 12/14/10
23                                     _____
                                       HON. DONNA L. RYU
24                                     United States Magistrate Judge
25
26

*U S v. Javier Gutierrez-Chavez,* CR 10-00850
CW (DMR); stip.continuing status date                - 2 -