MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

TREVOR L. RUSIN  (241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: trevor.rusin@udsoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR-10-0850-CW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING HEARING SET FOR DECEMBER 22, 2010, TO JANUARY 6, 2011, AND EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION |
| v. | ) | |
| JAVIER GUTIERREZ-CHAVEZ, | ) | |
| Defendant. | ) | |

     Defendant Javier Gutierrez-Chavez is scheduled to appear on the above-entitled case before the Hon. Donna M. Ryu on Wednesday, December 22, 2010, for status.  As additional discovery and investigation are required, the parties respectfully request that this court: (1) continue the hearing scheduled for December 22, 2010, to January 6, 2011, at 9:30 a.m. before the Hon. Donna M. Ryu, and (2) exclude the time from December 22, 2010, to January 6, 2011, from the Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) for effective preparation of counsel.  Counsel for the defendant continues to review discovery and additional research and investigation in this case.

As such, the parties stipulate, and request that the Court find and hold as follows:

     1.     That the hearing scheduled for Wednesday, December 22, 2010, in the above-

STIPULATION AND ORDER

entitled cases, be continued to Thursday, January 6, 2011, at 9:30 a.m. before the Hon. Donna M. Ryu.

    2.    Given the circumstances, the ends of justice served by excluding the period from December 22, 2010, to January 6, 2011, from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by allowing time for the defense to effectively prepare the case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

    3.    Accordingly, with the consent of both parties, the Court orders that the period from December 22, 2010, to January 6, 2011, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED:_____        /s/_____
                                  JOYCE LEAVITT
                                  Attorney for Defendant Javier Gutierrez-Chavez

DATED:_____        /s/_____
                                  TREVOR L. RUSIN
                                  Special Assistant United States Attorney

      IT IS SO ORDERED.

DATED: _12/17/2010_

                                  HON. DONNA M. RYU
                                  United States Magistrate Judge

STIPULATION AND ORDER           2